David L. Aronoff (State Bar No. 152606)
Saul S. Rostamian (State Bar No. 235292)
**THELEN REID BROWN RAYSMAN & STEINER LLP**
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 576-8000
Facsimile: (213) 576-8080
daronoff@thelen.com

Attorneys for Plaintiff
SMARTLABS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JASCO PRODUCTS COMPANY, LLC, <br><br> Defendant. | No. SACV 07-00582-CJC(RNBx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

# <u>ORDER</u>

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the matter is dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

Dated: February 22, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

LA #602118 v1

-1-

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**